## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| ALVIN WALKER,<br><br>               Plaintiff,<br><br>   v.<br><br>OFFICER NICHOLAS HOGAN, OFFICER JACOB BERRY, and THE CITY OF TUKWILA and its POLICE DEPARTMENT,<br><br>               Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: 2:13-cv-01419-MJP |

\_\_\_    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

x    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

Having received Defendants' Offer of Judgment, Plaintiff's Notice of Acceptance of Defendants' Offer of Judgment (Dkt. No. 21), and Proof of Service of the same, IT IS ORDERED AND ADJUDGED:

Pursuant to Fed. R. Civ. P. 68 and Fed. R. Civ. P. 54(b), Judgment is granted in favor of Plaintiff in the amount of $50,000.00 against Defendants on Plaintiff's Claims under the Fourth Amendment.  This Judgment does not include Plaintiff's claims under the Public Records Act, and does not include Plaintiff's reasonable attorneys fees and costs to which Plaintiff is entitled as the prevailing party under 42 U.S.C. § 1988.

The Court shall retain jurisdiction over Plaintiff's Public Records Act Claim, and to resolve the issue of fees and costs.

Dated October 25, 2013.

                                                  William M. McCool
                                                  Clerk of Court

                                                  s/Mary Duett
                                                  Deputy Clerk